DAVID B. BARLOW, United States Attorney (#13117)
RICHARD W. DAYNES, Assistant United States Attorney (#5686)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Email: richard.daynes@usdoj.gov
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387



FILED
U.S. DISTRICT COURT
2013 FEB 19  D 3: 44
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INFORMATION |
| Plaintiff, | : | |
| | | VIO. 8 U.S.C. § 1326 |
| vs. | : | |
| | | (REENTRY OF A PREVIOUSLY |
| ISRAEL DURAN-ALVAREZ; aka | : | REMOVED ALIEN) |
| ISRAEL DURAN; aka ISRAEL ALVAREZ; aka ISRAEL ALVAREZ-DURAN; aka ISRAEL ALVAREZ DURAN; aka ISRAEL DURAN ALVAREZ, | | Case: 1:13-cr-00016<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 02/19/2013<br>Description: USA v. Duran-Alvarez |
| Defendant. | | |

The United States Attorney charges:

COUNT I

On or about January 21, 2013, in the Northern Division of the District of Utah,

ISRAEL DURAN-ALVAREZ; aka ISRAEL DURAN; aka ISRAEL ALVAREZ; aka ISRAEL ALVAREZ-DURAN; aka ISRAEL ALVAREZ DURAN; aka ISRAEL DURAN ALVAREZ,

the defendant herein, an alien who on or about October 14, 2011, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 19th day of February, 2013.

DAVID B. BARLOW
United States Attorney

for RICHARD W. DAYNES
Assistant United States Attorney